# Lewin & Baglio, LLP

Attorneys and Counselors at Law

Partners:
Lev J. Lewin, Esq.
Michael P. Baglio, Esq.

1100 Shames Drive
Suite 100
Westbury, NY 11590
(516) 307-1777 (Office)
(516) 307-1770 (Fax)

October 17, 2023

**VIA ECF**

> Application **DENIED** without prejudice to renewal after the stay of this case is lifted. Similarly, Defendant's applications regarding its proposed motions to dismiss are denied without prejudice to renewal. So Ordered.
>
> The Clerk of Court is respectfully directed to close the motions at Dkts. 9, 18 and 21.
>
> Dated: December 27, 2023
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re: **NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C. & EAST COAST PLASTIC SURGERY, P.C.against AETNA LIFE INSURANCE COMPANY; 1:23-cv-08297-LGS; Leave to Amend Complaint**

Your Honor:

Lewin & Baglio, LLP, represents the Plaintiffs ("The Providers") in the above referenced matter. We write in response to Defendant's Letter seeking a pre-motion conference regarding its anticipated Motion to Dismiss the Complaint (Doc #18, Letter Dated, October 10, 2023). We wholeheartedly disagree with Defendant's assertions.

Nevertheless, we seek leave to amend the Complaint pursuant to FRCP Rule 15(a). Our intention is to re-name the Defendant and/or name an additional defendant, if necessary; state certain facts with particularity; allege new facts with specificity; and raise new causes of action, if possible.

Lewin & Baglio, LLP, is available at the Court's convenience.

Respectfully,

Michael Baglio

Lewin & Baglio, LLP

Attorneys for Plaintiff

CC: All Counsel via ECF