UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C.  :
AND EAST COAST PLASTIC SURGERY, PC.,  :
   :
               Plaintiffs,  :Case No. 1:23-cv-08297-LGS-OTW
   :
    -against-  : **NOTICE OF MOTION TO**
   : **DISMISS**
AETNA LIFE INSURANCE COMPANY,  :
   :
               Defendant.  : Filed Electronically
------------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Adam J. Petitt, Esq., with exhibit, executed on December 23, 2024,  the accompanying Declaration of Elizabeth C. Petrozelli, with exhibit, executed on December 20, 2024, the accompanying Memorandum of Law In Support of its Motion, and upon all the prior pleadings and proceedings in this action, Defendant Aetna Life Insurance Company ("Aetna") through its undersigned counsel, will move this Court, before the Honorable Lorna G. Schofield, United States District Judge, on such date and time as the Court will determine, at United States District Court for the Southern District of New York, located at 40 Foley Square, Courtroom 1106, New York, New York 10007, for an Order Granting Aetna's Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), together with any other and further relief as the Court deems just and proper.

The Order at Dkt. 32 directed Plaintiff to file any opposition to this motion by January 10, 2025. No such opposition was filed.  By **January 28, 2025**, Plaintiff may file an opposition to the motion to shall seek an extension stating the grounds therefore.  If Plaintiff fails to do so, the motion to dismiss will be treated as unopposed.

Dated: January 23, 2025
    New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 23, 2024

By:  /s/ *Adam J. Petitt*
        Adam J. Petitt
        Robinson & Cole LLP
        666 Third Avenue, 20th Floor
        New York, New York 10017
        Telephone: (212) 451-2900
        Email: apetitt@rc.com

        *Attorneys for Defendant*
        *Aetna Life Insurance Company*