**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NORMAN MAURICE ROWE, M.D.,
M.H.A.,L.L.C., et al.,

                Plaintiffs,

   -against-                                      23 **CIVIL** 8297 (LGS)

                                                              **JUDGMENT**

AETNA LIFE INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 15, 2025, the Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 16, 2025

                                                              **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                                **BY:**

                                                               **Deputy Clerk**